HHN

# United States Bankruptcy Court
NORTHERN DISTRICT OF ILLINOIS
219 S Dearborn Street
Chicago, IL 60604

FILED
2-29-2008
FEB 2 9 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Kenneth S. Gardner**, Bankruptcy Clerk

Date: 02/29/2008

Michael Dobbins, Clerk
United States District Court
Northern District of Illinois
219 S Dearborn Street
Chicago, IL 60604

Case Number: 07A00576

Case Name: American International Group Inc vs Baron & Budd PC

Notice of Appeal Filed: 01/08/2008

Appellant: Baron + Budd PC

Dear Sir:

Pursuant to **Bankruptcy Rule 8007** transmitted herewith is the Record on Appeal. The Record on Appeal consist of:

☐ Transmittal Letter and Civil Cover Sheet
☐ Designation
☐ Statement of Issues
☐ Transcript of Proceeding

☑ Supplemental to the Record
☐ Notice of Appeal
☐ Copy of Documents Designated
☐ Exhibits
☐ Expedited Notice of Appeal
☐ Certified Copy of Docket Sheet

Additional Items Included

☐ _____

☐ Total Volumes Transmitted

The following items will be transmitted as a supplemental to the Record on Appeal

☑ Supplemental Designation of Items by Appellee American International Group Inc.

Previous D C Judge: Coar

Case Number: 08CV945

By Deputy Clerk: Haley F Poindexter



F I L E D
2-29-2008
FEB 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br><br>ARTRA GROUP, INC.,<br><br>          Debtors. | Appeal Case No.: 07-A-00576<br><br>Chapter 11<br>Bankr. Case No.: 02-21522 (PSH) |
| AMERICAN INTERNATIONAL GROUP, INC.,<br><br>          Plaintiff-Appellee,<br><br>-against-<br><br>BARON & BUDD, P.C. AND JOHN HENRY PACE,<br><br>          Defendant-Appellants. | Adv. Proc. No.: 07-00576(PSH)<br><br>Judge Pamela Hollis |

F I L E D
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
FEB - 7 2008
KENNETH S. GARDNER, CLERK
PS REP. - RD

**SUPPLEMENTAL DESIGNATION OF ITEMS
TO BE INCLUDED IN THE RECORD ON APPEAL
PURSUANT TO BANKRUPTCY RULE 8006 BY APPELLEE
AMERICAN INTERNATIONAL GROUP, INC.**

Appellee, American International Group, Inc ("AIG") by the undersigned counsel, pursuant to Federal Rule of Bankruptcy Procedure 8006, submits this Supplemental Designation of Items to be Included in the Record on Appeal.

**SUPPLEMENTAL DESIGNATION OF ITEMS
TO BE INCLUDED IN RECORD ON APPEAL**

The following items[1] were filed in the bankruptcy court, adversary proceeding case captioned *In re AIG vs. Baron & Budd, P.C. and John Henry Pace; 07-00576(PSH)*.

---

[1] The designation of any pleading or motion includes the designation of any exhibits that may have been filed with that pleading or motion.

1166615.1

| Docket No. | Date | Description |
|---|---|---|
| 1 | 6/22/07 | 02 Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy): Transferred Case (Johnson, Michael) **Corrective Entry:** (01 (Determination of removed claim or cause)):Notice of Removal Modified on 6/26/2007 (Krystavel, Kara). Additional attachment(s) added on 6/26/2007 |
| 3 | 6/26/07 | Certified Copy of Order from U S District Court Dated: 6/12/2007, by Judge Matthew F. Kennelly, Re: Civil Action Number: 07 C 1912. Case is Removed to the Bankruptcy Court under 28 USC 157(a) (RE: 1 Removed Case). Signed on 6/26/2007 |
| 9 | 7/26/07 | Notice of Motion and Motion For Summary Judgment in favor of American International Group, Inc. and against Baron & Budd, P.C. and John Henry Pace Filed by John F O'Brien on behalf of American International Group Inc. Hearing scheduled for 8/2/2007 at 10:00 AM (Attachments: # 1 Statement of Uncontested Facts# 2 Exhibit A - Part 1 of 3# 3 Exhibit A - Part 2 of 3# 4 Exhibit A - Part 3 of 3# 5 Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment# 6 Proposed Order No. 1# 7 Proposed Order No. 2) |
| 18 | 9/20/07 | Response in Opposition to (related document(s): 9 Motion for Summary Judgment,, ) Filed by Alan B. Rich on behalf of Baron & Budd, P C, John Henry Pace |
| 19 | 9/20/07 | in Opposition Declaration Filed by Alan B. Rich on behalf of Baron & Budd, P C, John Henry Pace (RE: 9 Motion for Summary Judgment,, ). (Attachments: # 1 Exhibit A# 2 Exhibit B) |
| 20 | 9/20/07 | Statement Response to Plaintiff's Statement of Undisputed Facts Filed by Alan B. Rich on behalf of Baron & Budd, P C, John Henry Pace (RE: 9 Motion for Summary Judgment,, ). |
| 23 | 9/20/07 | Notice of Motion and Motion For Summary Judgment in favor of Defendants and against Plaintiff for $n/a Filed by Alan B. Rich on behalf of Baron & Budd, P C, John Henry Pace. Hearing scheduled for 10/23/2007 at 10:00 AM |
| 24 | 9/20/07 | Declaration Filed by Alan B. Rich on behalf of Baron & Budd, P C, John Henry Pace (RE: 23). (Attachments: Exhibit A- J) |
| 25 | 9/20/07 | Brief in Support of Defendants' Motion for Summary Judgment Filed by Alan B. Rich on behalf of Baron & Budd, P C, John Henry Pace. |
| 26 | 9/20/07 | Statement of Undisputed Facts in Support of Defendants' Motion for Summary Judgment Filed by Alan B. Rich on behalf of Baron & Budd, P C, John Henry Pace (RE: 23) |
| 27 | 9/20/07 | Notice of Motion, Notice of Hearing, Notice of Filing Filed by Alan B. Rich on behalf of Baron & Budd, P C, John Henry Pace (RE: 23 |

| | | |
|---|---|---|
| | | ). Hearing scheduled for 10/23/2007 |
| 31 | 10/2/07 | Reply in Support to Filed by John F O'Brien on behalf of American International Group Inc (Attachments: # 1 -4 ) |
| 32 | 10/2/07 | Notice of Filing Filed by John F O'Brien on behalf of American International Group Inc. |
| 33 | 10/2/07 | Response in Opposition to Filed by John F O'Brien on behalf of American International Group Inc (Attachments: # 1-4 Affirmation of James V. Hoeffner |
| 34 | 10/2/07 | Response to Filed by John F O'Brien on behalf of American International Group Inc |
| 35 | 10/2/07 | Response to Filed by John F O'Brien on behalf of American International Group Inc |
| 45 | 11/27/07 | Final Judgment of Injunction Including Findings of Fact and Conclusion of Law, Order Granting Motion For Summary Judgment (Related Doc # 9), Denying for the Reasons Stated on the Record Motion For Summary Judgment (Related Doc # 23). Signed on 11/27/2007. (Burton, Shenitha) (Entered: 01/10/2008) |
| 47 | 1/18/08 | Notice of Appeal to District Court. Filed by Sean Reed Cox on behalf of Baron & Budd, P C . Fee Amount $255 (RE: 45 Order on Motion For Summary Judgment, , , ). Appellant Designation due by 1/28/2008. Transmission of Record Due by 2/27/2008. (Poindexter, Haley) (Entered: 01/18/2008) |
| 51 | 1/29/08 | Appellant Designation of Contents for Inclusion in Record and Statement of Issue On Appeal Filed by Sean Reed Cox on behalf of Baron & Budd, P C . (RE: 47 Notice of Appeal). (Poindexter, Haley) (Entered: 01/29/2008) |

The following items[2] were filed in the district court captioned *In re AIG vs. Baron & Budd, P.C. and John Henry Pace*; 07-cv-01912 (MFK).

| Docket No. | Date | Description |
|---|---|---|
| 1 | 4/6/07 | COMPLAINT filed by American International Group, Inc.; (Exhibits).(mjc, ) (Entered: 04/09/2007) |
| 5 | 4/9/07 | SUMMONS Issued as to Defendants Baron & Budd, P.C., John Henry Pace. (mjc, ) (Entered: 04/10/2007) |

---

[2] The designation of any pleading or motion includes the designation of any exhibits that may have been filed with that pleading or motion.

| 9 | 4/27/07 | EXECUTIVE COMMITTEE ORDER: Case reassigned to Judge Matthew F. Kennelly in accordance with the provisions of Rule 13 of the Internal Operating Procedures of this court. Signed by Judge Executive Committee on 4/27/07. (mjc, ) (Entered: 05/03/2007) |
|---|---|---|
| 6 | 5/1/07 | MOTION by Defendants Baron & Budd, P.C., John Henry Pace to reassign case *to Implement Automatic Referral of Case to the Bankruptcy Court* (Attachments:Exhibit A-B) |
| 7 | 5/1/07 | *Defendants'* NOTICE of Motion by Alan B. Rich for presentment of motion to reassign case 6 before Honorable Matthew F. Kennelly on 5/9/2007 at 09:30 AM. (Attachments: # 1 Motion to Implement Automatic Referral of Case to Bankruptcy Court# 2 Exhibit A to Motion to Implement Automatic Referral to Bankruptcy Court# 3 Exhibit B to Motion to Implement Automatic Referral to Bankruptcy Court)(Rich, Alan) (Entered: 05/01/2007) |
| 12 | 5/4/07 | RESPONSE by American International Group, Inc. in Opposition to MOTION by Defendants Baron & Budd, P.C., John Henry Pace to reassign case *to Implement Automatic Referral of Case to the Bankruptcy Court*6 (Brown, Colleen) (Entered: 05/04/2007) |
| 13 | 5/7/07 | REPLY by Baron & Budd, P.C., John Henry Pace to MOTION by Defendants Baron & Budd, P.C., John Henry Pace to reassign case *to Implement Automatic Referral of Case to the Bankruptcy Court* 6, response in opposition to motion 12 (Attachments: # 1 Exhibit A to Reply Brief in Support of Motion to Implement Automatic Assignment)(Rich, Alan) (Entered: 05/07/2007) |
| 17 | 5/21/07 | SUR-REPLY by Plaintiff American International Group, Inc. *to Defendants Motion to Implement Automatic Assignment of Case to the Bankruptcy Court* (Brown, Colleen) (Entered: 05/21/2007) |
| 18 | 5/21/07 | SUR-REPLY by Plaintiff American International Group, Inc. *to Defendants' Motion to Implement Automatic Assignment of Case to the Bankruptcy Court* (Brown, Colleen) (Entered: 05/21/2007) |
| 19 | 6/1/07 | RESPONSE by Defendants Baron & Budd, P.C., John Henry Pace to motion to reassign case 6, response in opposition to motion 12, reply to response to motion, 13, sur-reply 18 *Response to Surreply of AIG* (Rich, Alan) (Entered: 06/01/2007) |
| 20 | 6/4/07 | ANSWER to Complaint by Baron & Budd, P.C., John Henry Pace(Rich, Alan) (Entered: 06/04/2007) |
| 21 | 6/12/07 | MINUTE entry before Judge Matthew F. Kennelly : Status hearing held. Defendant's motion to confirm automatic referral is denied. However, case is referred to the Bankruptcy Court under 28 USC 157(a).Mailed notice (mjc, ) (Entered: 06/14/2007) |

The following items[3] were filed in the district court captioned *In re Artra Group Inc, et al vs. Century Indemnity Company*, 06-cv-06815 (MFK).

| Docket No. | Date | Description |
|---|---|---|
| 1 | 12/11/06 | MOTION by In Re Artra Group, Inc. to withdraw reference ; Memorandum of Law in Support of Motion to Withdraw (02 B 21522, BK Judge Hollis) (Attachments: # 1 Bankruptcy Transmittal Letter# 2 U.S. Bankruptcy Docket Sheet)(eav, ) (Entered: 12/12/2006) |
| 15 | 2/16/07 | ORDER affirming order confirming amended joint reorganization plan of Artra Group, Incorporated, as modified Signed by Judge Matthew F. Kennelly on 2/16/2007:Mailed notice(eav, ) (Entered: 02/28/2007) |
| 16 | 4/13/07 | MOTION by Plaintiff American International Group, Inc for reassignment of case no. 07 C 1912 to Judge Matthew F. Kennelly (hp, ) (Entered: 04/19/2007) |
| 18 | 4/13/07 | LOCAL RULE 5.5(D) AFFIDAVIT of Colleen A. Brown by American International Group, 16, 17 (hp, ) (Entered: 04/19/2007) |

Dated: February 4, 2008

Respectfully submitted,

CLAUSEN MILLER P.C.

By: /s/ John F. O'Brien III
John F. O'Brien III

Margaret J. Orbon (*Bar I.D. No. 2114925*)
Colleen Brown (*Bar I.D. No. 6269463*)
John F. O'Brien III (*Bar I.D. No. 6290370*)
CLAUSEN MILLER P.C.
10 South LaSalle Street
Chicago, Illinois 60603-1098
312/855-1010

-and -

---

[3] The designation of any pleading or motion includes the designation of any exhibits that may have been filed with that pleading or motion.

Michael S. Davis (*Bar I.D. No. 1226851*)
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400 (telephone)
(212) 753-0396 (fax)

*Attorneys for American International Group, Inc.*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE<br><br>ARTRA GROUP, INC. | Appeal Case No.: 07-A-00576<br><br>Chapter 11<br><br>Bankr. Case No. 02 B21522 (PSH) |
| AMERICAN INTERNATIONAL GROUP, INC.,<br><br>Plaintiff,<br><br>- against -<br><br>BARON & BUDD, P.C. and JOHN HENRY PACE,<br><br>Defendants. | Adv. Pro. No. 07-00576 (PSH)<br><br>Judge Pamela Hollis |

NOTICE OF FILING

To:   **See Attached Service List**

PLEASE TAKE NOTICE that on the **4th day of February, 2008,** we filed with the United States Bankruptcy Court for the Northern District of Illinois, at 219 South Dearborn Street, Chicago, Illinois, the following documents by **Electronic Case Filing:**

*Supplemental Designation of Items to be Included in the Record on Appeal Pursuant to Bankruptcy Rule 8006 by Appellee American International Group, Inc.*

Dated: February 4, 2008

                                      CLAUSEN MILLER, P.C.

                        By:   /s/ John K. O'Brien III

                                      Margaret J. Orbon (*Bar I.D. No. 2114925*)
                                      Colleen Brown (*Bar I.D. No. 6269463*)
                                      John F. O'Brien III (*Bar I.D. No. 6290370*)
                                      CLAUSEN MILLER P.C.
                                      10 South LaSalle Street
                                      Chicago, Illinois 60603-1098
                                      312/855-1010

1166632.1

- and -

Michael S. Davis (*Bar I.D. No. 1226851*)
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400 (telephone)
(212) 753-0396 (fax)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he caused a true and correct copy of this *Supplemental Designation of Items to be Included in the Record on Appeal Pursuant to Bankruptcy Rule 8006 by Appellee American International Group, Inc.*, to be electronically filed with the Clerk of the Court using the CM/ECF system, and the following counsel of record were served electronically and/or via facsimile, with the same on February 4, 2008:

Sean R. Cox, Esq.
Alan B. Rich, Esq.
**Baron & Budd, P.C.**
The Centrum, Suite 1100
3102 Oak Lawn Avenue
Dallas, Texas 75247
(214) 521-3605
(214) 599-1171 (fax)
**Counsel for John Henry Pace and Baron & Budd, P.C.**

Marc Chalfen, Esq.
**Kelly, Olson, Michod, Dehaan & Richter, LLC**
30 S. Wacker Drive, Suite 2300
Chicago, Illinois 60606
(312) 236-6700
(312) 236-6706 (fax)
**Counsel for John Henry Pace and Baron & Budd, P.C.**

James V. Hoeffner
**Thompson Coe Cousins & Irons, LLP**
701 Brazos, Suite 1500
Austin, TX 78701
512.703-5070 (direct)
512.708-8777 (fax)
**Counsel for American International Group, Inc.**

2

1166632.1

Guy N. Webster
**Lynberg & Watkins**
888 S. Figueroa Street, 16th Floor
Los Angeles, CA  90017-2516
213. 624-8700 (telephone)
213. 892-2763 (fax)
**Counsel for American International Group, Inc.**

**File an Appeal:**

07-00576 American International Group Inc v. Baron & Budd, P C et al **CASE CLOSED on 01/10/2008**

Type: ap                          Office: 1 (Chicago)                          Lead Case: 02-21522
Judge: PSH                    Disp: Judgment Entered on           Case Flag: CLOSED, APPEAL
                                       Motion for Summary Judgment

### U.S. Bankruptcy Court

### Northern District of Illinois

Notice of Electronic Filing

The following transaction was received from O'Brien, John F entered on 2/4/2008 at 3:41 PM CST and filed on 2/4/2008
**Case Name:**        American International Group Inc v. Baron & Budd, P C et al
**Case Number:**    07-00576
**WARNING: CASE CLOSED on 01/10/2008**
**Document Number:** 52

**Docket Text:**
Appellee Designation of Contents for Inclusion in Record of Appeal Filed by John F O'Brien on behalf of American International Group Inc.. (Attachments: # (1) Notice of Filing and Certificate of Service)(O'Brien, John)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\vf7538\My Documents\AIG - Supplemental Designation of Record for Appeal (2).pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017686655 [Date=2/4/2008] [FileNumber=18866002-0
] [494508af44cd762d522fac2a50b7096f9b7ec072a9ee01c193b1f669d64f71321a8
190201bf2b2fbb08307157b3c97ecd925a5d0f1e1c5009a144352ff33a7cc]]
**Document description:** Notice of Filing and Certificate of Service
**Original filename:** C:\Documents and Settings\vf7538\My Documents\AIG - Certificate of Service re Supplemental Designation of Record for Appeal (2).pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017686655 [Date=2/4/2008] [FileNumber=18866002-1
] [7ec43c3446cfcabad7beb07b5a3cae3852dc740833977a8638dda69af2ef2451f36
ff0e252511558d6213ceaa73927596651bd388055bf86833853063ee87fdc]]

**07-00576 Notice will be electronically mailed to:**

John F O'Brien     jobrien@clausen.com, vfidler@clausen.com

Alan B. Rich       arich@baronbudd.com

**07-00576 Notice will not be electronically mailed to:**

Colleen A Brown
Clausen Miller Pc
10 S Lasalle St
Chicago, IL 60603

Sean Reed Cox
,

Michael S Davis
Zeichner Ellman & Krause LLP
575 Lexington Ave
New York, NY 10022

Clausen Miller
10 South Lasalle Street
Suite 1600
Chicago, IL 60603