HHN

FILED

NF

IN THE UNITED STATES DISTRICT COURT   MAR 0 4 2008
FOR THE NORTHERN DISTRICT OF ILLINOIS   3-4-2008
EASTERN DIVISION   MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| AMERICAN INTERNATIONAL GROUP, INC. | § § § § § § § § § § § § § | Civil Case No. 08-C-945 |
| Plaintiff/Appellee, | | Hon. David H. Coar |
| ~ against ~ | | |
| BARON & BUDD and JOHN HENRY PACE, | | |
| Defendants/Appellants | | |

## APPELLANTS' MOTION TO EXTEND TIME TO FILE INITIAL BRIEF

Appellants JOHN HENRY PACE and BARON & BUDD move the Court for an extension of fifteen (15) days in which to file their Initial Brief in this bankruptcy appeal. The brief is currently due on March 3, 2008; Appellants seek leave to file their brief on March 18, 2008.

In support of Appellants' motion, Appellants show the Court as follows:

1. This bankruptcy appeal was docketed by the clerk on February 15, 2008. Pursuant to Rule 8009(a)(2) of the Federal Rules of Bankruptcy Procedure, Appellants' Initial Brief is due on March 3, 2008 (March 1, 2008 falls on a Saturday).

2. Appellants' lead counsel has pre-existing obligations which require him to request a modest extension in which to prepare and file the brief. Specifically, Appellants' counsel was

1

required to attend an all-day Trust Advisory Committee Meeting in the H.K. Porter Bankruptcy in New York, New York on Wednesday, February 27, 2008. The meeting dealt with complex issues and required extensive preparation. Additionally, Appellants' counsel must assist in the preparation and filing of a time-sensitive motion to remand due on March 7, 2008 in the case of Kluka v. Anco Insulations, Inc., No. 08-84-JJB-SCR (M.D. La.). Finally, because Appellants' counsel was not involved in this matter in the bankruptcy court (the lawyer handling the matter below has resigned from this law firm), Appellants' counsel requires additional time to familiarize himself with the record.

3. The requested extension provides for adequate time to prepare a brief that will be useful to the Court without unduly delaying submission of this appeal.

For these reasons, Appellants John Henry Pace and Baron & Budd respectfully urge the Court to grant a fifteen (15) day extension in which to file their Initial Brief, making the brief due on March 18, 2008, and to adopt the agreed briefing schedule proposed by the parties.

Dated: February 28, 2008.

        Respectfully submitted,

        BARON & BUDD, P.C.
        The Centrum Building
        3102 Oak Lawn Avenue, Suite 1100
        Dallas, Texas 75219-4281
        214/521-3605  Fax: 214/520-1181

        BY: _____
            BRENT M. ROSENTHAL (*pro hac vice* pending)
            Texas State Bar No. 17281075

*Attorneys for Defendants/Appellants*

## AFFIDAVIT OF SERVICE

The undersigned, after being duly sworn, deposes and says that he served the foregoing **"Appellants' Motion to Extend Time to File Initial Brief"** via U.S. First Class Mail, postage prepaid, to all known counsel of record at their respective addresses, as indicated on the attached Service List, on the 1st day of March, 2008.

BRENT M. ROSENTHAL
(*pro hac vice* pending)

SUBSCRIBED and SWORN to before me, on this 1st day of March, 2008.

Notary Public, in and for the
State of TEXAS

LINDA CASTILLEJA
My Commission Expires
November 8, 2009

3

## Service List

Honorable David H. Coar
UNITED STATES DISTRICT COURT
Northern District of Illinois
219 South Dearborn St., Rm. 1478
Chicago, IL 60604
Phone: 312- 435-5648

Margaret J. Orbon, Esq.
Colleen Brown, Esq.
John F. O'Brien III, Esq.
CLAUSEN MILLER, P.C.
10 South LaSalle Street
Chicago, IL 60603-1098
Phone: 312-855-1010

Michael S. Davis, Esq.
ZEICHNER ELLMAN & KRAUSE, LLP
575 Lexington Avenue
New York, NY 10022
Phone: 212-223-0400; Fax: 212-753-0396

James V. Hoeffner, Esq.
THOMPSON COE COUSINS & IRONS, LLP
701 Brazos, Suite 1500
Austin, TX 78701
Phone: 512-703-5070 (direct)
Fax: 512-708-8777

Guy N. Webster, Esq.
LYNBERG & WATKINS
888 S. Figueroa Street, 16th Floor
Los Angeles, CA 90017-2516
Phone: 213-624-8700; Fax: 213-892-2763