# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

AMERICAN INTERNATIONAL GROUP, INC.,

Plaintiff/Appellee,

- against -

BARON & BUDD, P.C. and JOHN HENRY PACE,

Defendants/Appellants.

Civil Case No.  08-C-945

Hon. David H. Coar

## AIG INTERNATIONAL GROUP, INC.'S RESPONSE TO APPELLANTS' MOTION TO EXTEND TIME TO FILE INITIAL BRIEF

Appelle, American International Group, Inc. ("AIG") by the undersigned counsel, state in response to Appellants John Henry Pace and Baron & Budd's motion to extend the time to file initial brief as follows:

Appelle AIG has no objection to Appellants' request for an extension of time to file initial brief but request that Appelle AIG's response brief be due thirty (30) days after Appellants' initial brief is filed.

Respectfully submitted,

Dated:  March 14, 2008

CLAUSEN MILLER, P.C.

By:    /s/ Colleen A. Brown

Margaret J. Orbon (*Bar I.D. No. 2114925*)
Colleen A. Brown (*Bar I.D. No. 6269463*)
John F. O'Brien III (*Bar I.D. No. 6290370*)
CLAUSEN MILLER P.C.
10 South LaSalle Street
Chicago, Illinois 60603-1098
312/855-1010

- and -

Michael S. Davis (*Bar I.D. No. 1226851*)
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400 (telephone)
(212) 753-0396 (fax)