# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

FILED
Mar 4 2008
MAR - 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

In the Matter of                                     Case Number: 08 c 945

In re ARTRA GROUP, INC.
AMERICAN INTERNATIONAL GROUP, INC.
VS.
BARON & BUDD and JOHN HENRY PACE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Baron & Budd and John Henry Pace

| | |
|---|---|
| NAME (Type or print) Brent M. Rosenthal | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ *[signature]* | |
| FIRM Baron & Budd, P.C. | |
| STREET ADDRESS 3201 Oak Lawn Avenue, Suite 1100 | |
| CITY/STATE/ZIP Dallas, Texas 75210 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER (214) 521-3605 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |