UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

John Henry Pace

                    Plaintiff,

v.                                                       Case No.: 1:08−cv−00945
                                                         Honorable David H. Coar

American International Group Inc

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 24, 2008:

      MINUTE entry before Judge Honorable David H. Coar: Motion for extension of time [11] is stricken for failure to comply with Local Rule 5.3 (b). Moreover, it does not appear that the Appellant has complied with Local Rule 83.15. Appellant is hereby given 14 days to obtain local counsel who is familiar with the local rules of this court. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.