

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC. | § § § |
| Plaintiff/Appellee, | § Civil Case No. 08-C-945 § § Hon. David H. Coar |
| ~ against ~ | § § |
| BARON & BUDD and JOHN HENRY PACE, | § § § § |
| Defendants/Appellants | § |

**FILED**

MAR 20 2008 TG
Mar 20 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

### APPELLANTS' NOTICE OF FILING MOTION, APPEARANCE, AND *PRO HAC VICE* AND PROOF OF SERVICE

PLEASE TAKE NOTICE that on the 26th day of March, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before Judge David H. Coar, in Courtroom 1419 at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, or in Judge Coar's absence, before any judge sitting instead, and then and there present:

1. Appearance Form [served on March 1, 2008];

2. Application for Leave to Appear *Pro Hac Vice* [served on March 1, 2008];

3. Appellants' Unopposed Motion to Extend Time to File Initial Brief and for Entry of Agreed Scheduling Order [served on March 1, 2008]; and

4. Appellants' Unopposed Motion for Second Extension of Time in Which to File Initial Brief and For Entry of Agreed Scheduling Order [served on March 17, 2008].

PLEASE TAKE NOTICE that the above documents were served on the dates indicated via U.S. First Class Mail, postage prepaid, upon all known counsel of record on the attached Service List,

1

and that this Notice of Motion and Proof of Service is being likewise served on this the 19th day of March, 2008.

Dated: March 19, 2008.

> Respectfully submitted,
>
> BARON & BUDD, P.C.
> The Centrum Building
> 3102 Oak Lawn Avenue, Suite 1100
> Dallas, Texas 75219-4281
> 214/521-3605; Fax: 214/520-1181
>
> BY: __/ s /_____
> BRENT M. ROSENTHAL (*pro hac vice* pending)
> Texas State Bar No. 17281075
>
> *Attorneys for Defendants/Appellants*

### AFFIDAVIT OF SERVICE

The undersigned, after being duly sworn, deposes and says that he served this Notice of Motion and Proof of Service via U.S. First Class Mail, postage prepaid, to all known counsel of record at their respective addresses, as indicated on the attached Service List, on the 19th day of March, 2008.

> __/ s /_____
> BRENT M. ROSENTHAL

SUBSCRIBED and SWORN to before me,
on this 19th day of March, 2008.

*Cindy K. Yarbrough*
Notary Public, in and for the
State of TEXAS



CINDY K YARBROUGH
My Commission Expires
January 2, 2010

2

## Service List

Clausen Miller, Esq.
Colleen Brown
John F. O'Brien III, Esq.
CLAUSEN MILLER, P.C.
10 South LaSalle Street
Chicago, IL 60603-1098
Phone: 312-855-1010

Michael S. Davis, Esq.
ZEICHNER ELLMAN & KRAUSE, LLP
575 Lexington Avenue
New York, NY 10022
Phone: 212-223-0400; Fax: 212-753-0396

James V. Hoeffner, Esq.
THOMPSON COE COUSINS & IRONS, LLP
701 Brazos, Suite 1500
Austin, TX 78701
Phone: 512-703-5070 (direct)
Fax: 512-708-8777

Guy N. Webster, Esq.
LYNBERG & WATKINS
888 S. Figueroa Street, 16th Floor
Los Angeles, CA 90017-2516
Phone: 213-624-8700; Fax: 213-892-2763

Marc Chalfen
KELLY, OLSON, MICHOD, DEHAAN
    & RICHTER, L.L.C.
30 S. Wacker Drive, #2300
Chicago, Ill. 60606
--*Local Counsel*