

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC.<br><br>Plaintiff/Appellee,<br><br>~ against ~<br><br>BARON & BUDD and JOHN HENRY PACE,<br><br>Defendants/Appellants | Civil Case No. 08-C-945<br><br>Hon. David H. Coar<br><br>**FILED**<br>**MAR 2 5 2008**<br><br>MAR 2 5 2008<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

### APPELLANTS' UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME IN WHICH TO FILE INITIAL BRIEF AND FOR ENTRY OF AGREED SCHEDULING ORDER

Appellants JOHN HENRY PACE and BARON & BUDD move the Court for an additional extension of ten (10) days in which to file their Initial Brief in this bankruptcy appeal. The brief was originally due on March 3, 2008. Appellants timely filed a motion to extend the time in which to file the brief by fifteen (15) days, to March 18, 2008. That motion is still pending. Appellants seek an additional extension of ten days, to March 28, 2008, in which to file their brief.

Additionally, after conferring with counsel for Appellees, Appellants ask the Court to approve the briefing schedule agreed to by counsel, which provides the following:

1

    a.    Appellants' Initial Brief due March 28, 2008;

    b.    Appellees' Answer Brief due May 2, 2008; and

    c.    Appellants' Reply Brief due May 19, 2008.

Appellants seek this additional extension for the following reasons:

1.    The record in this bankruptcy matter is extensive, and includes events and rulings in this adversary proceeding, in the bankruptcy proceeding of a non-party, and in two cases in state court in Texas. In his first request for an extension of time to file the brief, Appellants' counsel (who entered the matter only after the filing of the notice of appeal) underestimated the time that it would take for him to familiarize himself with the record.

2.    Appellants' lead counsel has been required to attend to other important matters, including assisting in the handling of disputed trial and post-verdict issues in a case entitled *Joan Mahoney v. Georgia-Pacific Corporation*, which was decided by a jury in San Francisco, California on Monday, March 10, 2008.

3.    This appeal was docketed on February 15, 2008. If the additional requested extension is granted, the initial brief will be filed less than 45 days after docketing, which is not unreasonable for an appeal of this complexity.

4.    Lead counsel for Appellee American International Group, Inc., Michael S. Davis, has agreed to the second extension requested by Appellants.

For these reasons, Appellants John Henry Pace and Baron & Budd respectfully urge the Court to grant an additional 10-day extension in which to file their Initial Brief, making the brief due on March 28, 2008, and to adopt the briefing schedule agreed to and proposed by the parties.

Dated: March 17, 2008.

        Respectfully submitted,

        BARON & BUDD, P.C.
        The Centrum Building
        3102 Oak Lawn Avenue, Suite 1100
        Dallas, Texas 75219-4281
        214/521-3605/Fax: 214/520-1181

        BY: _____
        BRENT M. ROSENTHAL
        (*pro hac vice* pending)
        Texas State Bar No. 17281075

*Attorneys for Defendants/Appellants*

## AFFIDAVIT OF SERVICE

The undersigned, after being duly sworn, deposes and says that he served the foregoing "**Appellants' Unopposed Motion for Second Extension of Time in Which To File Initial Brief and for Entry of Agreed Scheduling Order**" via U.S. First Class Mail, postage prepaid, to all known counsel of record at their respective addresses, as indicated on the attached Service List, on the 17th day of March, 2008.

BRENT M. ROSENTHAL
(*pro hac vice* pending)

SUBSCRIBED and SWORN to before me,
on this 17th day of March, 2008.

Notary Public, in and for the
State of TEXAS



CINDY K YARBROUGH
My Commission Expires
January 2, 2010

## Service List

Honorable David H. Coar
UNITED STATES DISTRICT COURT
Northern District of Illinois
219 South Dearborn St., Rm. 1478
Chicago, IL 60604
Phone: 312- 435-5648

Margaret J. Orbon, Esq.
Colleen Brown, Esq.
John F. O'Brien III, Esq.
CLAUSEN MILLER, P.C.
10 South LaSalle Street
Chicago, IL 60603-1098
Phone: 312-855-1010

Michael S. Davis, Esq.
ZEICHNER ELLMAN & KRAUSE, LLP
575 Lexington Avenue
New York, NY 10022
Phone: 212-223-0400; Fax: 212-753-0396

James V. Hoeffner, Esq.
THOMPSON COE COUSINS & IRONS, LLP
701 Brazos, Suite 1500
Austin, TX 78701
Phone: 512-703-5070 (direct)
Fax: 512-708-8777

Guy N. Webster, Esq.
LYNBERG & WATKINS
888 S. Figueroa Street, 16th Floor
Los Angeles, CA 90017-2516
Phone: 213-624-8700; Fax: 213-892-2763