ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., | § § § | |
| Plaintiff/Appellee, | § § | Civil Case No. 08-C-945 |
| v. | § § | Hon. David H. Coar |
| BARON & BUDD and JOHN HENRY PACE, | § § § § | |
| Defendants/Appellants | § § | |

FILED
MAR 27 2008
MAR 2 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## APPELLANTS' UNOPPOSED MOTION TO EXTEND TIME TO FILE INITIAL BRIEF AND FOR ENTRY OF AGREED SCHEDULING ORDER

Appellants JOHN HENRY PACE and BARON & BUDD move the Court for an extension of (35) days in which to file their Initial Brief in this bankruptcy appeal. The brief was due on March 3, 2008; Appellants seek leave to file their brief on April 7, 2008.

Additionally, Appellants ask the Court to approve the briefing schedule agreed to by counsel, which provides the following:

   a.   Appellants' Initial Brief due April 7, 2008;

   b.   Appellees' Answer Brief due May 12, 2008; and

   c.   Appellants' Reply Brief due May 27, 2008.

1

In support of Appellants' motion, Appellants show the Court as follows:

1. This bankruptcy appeal was docketed by the clerk on February 15, 2008. Pursuant to Rule 8009(a)(2) of the Federal Rules of Bankruptcy Procedure, Appellants' Initial Brief was due on March 3, 2008 (March 1, 2008 fell on a Saturday).

2. Within the time for filing the initial brief, Appellants attempted to file a motion to extend the time in which to file the brief, and later attempted to file another, unopposed motion for a further extension and for entry of a scheduling order agreed to by the parties. The clerk struck both motions for failure to comply with Local Rules 5.3 and 83.15, and gave appellants 14 days (through April 7, 2008), within which to associate local counsel.

3. Appellants seek leave to file their brief within 35 days of the original due date, on the same date that the Court established for designating local counsel. If this extension is granted, the brief will be filed less than 60 days of docketing the appeal in this Court, which is not excessive under the circumstances of this proceeding.

4. The record in this bankruptcy matter is extensive, and includes events and rulings in this adversary proceeding, in the bankruptcy proceeding of a non-party, and in two cases in state court in Texas. Moreover, Appellants' counsel was not involved in this matter in the bankruptcy court (the lawyer handling the matter below has resigned from this law firm). Appellants' counsel thus requires additional time to familiarize himself with the record.

5. The briefing schedule agreed to by the parties provides for adequate time to prepare briefs that will be useful to the Court without unduly delaying submission of this appeal.

6. Lead counsel for Appellee American International Group, Inc., Michael Davis, has been contacted and does not oppose this motion.

For these reasons, Appellants John Henry Pace and Baron & Budd respectfully urge the Court to grant a thirty-five (35) day extension in which to file their Initial Brief, making the brief due on April 7, 2008, and to adopt the agreed briefing schedule proposed by the parties.

Dated: March 26, 2008.

        Respectfully submitted,

        BRENT M. ROSENTHAL, Esq. [*pro hac vice*]
        Texas State Bar No. 17281075
        BARON & BUDD, P.C.
        The Centrum Building
        3102 Oak Lawn Avenue, Suite 1100
        Dallas, Texas 75219-4281
        Telephone No.: 214-521-3605
        Facsimile No.: 214/520-1181

        BY: _____
        BRENT M. ROSENTHAL
        *Lead Counsel for Defendants/Appellants*

        ~ and ~

        Marc Chalfen, Esq. (ARDC No. 00422584)
        David Adduce, Esq. (ARDC No. 6203603)
        James Stephenson, Esq. (ARDC No. 6287477)
        KELLY, OLSON, MICHOD, DEHAAN
          & RICHTER, L.L.C.
        30 S. Wacker Drive, #2300
        Chicago, Illinois 60606
        Telephone No.: 312-236-6700
        Facsimile No.: 312-236-6706
        *Local Counsel for Defendants/Appellants*

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AMERICAN INTERNATIONAL GROUP, INC. | § § § | Civil Case No. 08-C-945 |
| Plaintiff/Appellee, | § § | Hon. David H. Coar |
| v. | § § | |
| BARON & BUDD and JOHN HENRY PACE, | § § § | [Transmitted on 2/14/08 from the United States Bankruptcy Court for the Northern District of Illinois, Case No. 07-A-00576] |
| Defendants/Appellants | § | |

## NOTICE OF MOTION

To:   See attached Service List

PLEASE TAKE NOTICE that on the **2nd day of April, 2008**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge David H. Coar or any judge sitting in his stead, in courtroom 1419 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present **APPELLANTS' UNOPPOSED MOTION TO EXTEND TIME TO FILE INITIAL BRIEF AND FOR ENTRY OF AGREED SCHEDULING ORDER**, copies of which are attached hereto and served via Federal Express, Next Day Service, upon all known counsel of record, as indicated on the attached Service List.

1

Dated: March 26, 2008.

    Respectfully submitted,

    BRENT M. ROSENTHAL, Esq. [*pro hac vice*]
    Texas State Bar No. 17281075
    BARON & BUDD, P.C.
    The Centrum Building
    3102 Oak Lawn Avenue, Suite 1100
    Dallas, Texas 75219-4281
    Telephone No.: 214-521-3605
    Facsimile No.: 214/520-1181

    BY: _____
         BRENT M. ROSENTHAL
         *Lead Counsel for Defendants/Appellants*

    ~ *and* ~

    Marc Chalfen, Esq. (ARDC No. 00422584)
    David Adduce, Esq. (ARDC No. 6203603)
    James Stephenson, Esq. (ARDC No. 6287477)
    KELLY, OLSON, MICHOD, DEHAAN
       & RICHTER, L.L.C.
    30 S. Wacker Drive, #2300
    Chicago, Illinois 60606
    Telephone No.: 312-236-6700
    Facsimile No.: 312-236-6706
    *Local Counsel for Defendants/Appellants*

2

## CERTIFICATE OF SERVICE

The undersigned, after being duly sworn, deposes and says that, on the 26th day of March, 2008, he served the attached "**Appellants' Unopposed Motion to Extend Time to File Initial Brief and for Entry of Agreed Scheduling Order**" and this "**Notice of Motion**" via Federal Express, Next Day Service, to all known counsel of record, as indicated on the attached Service List,.

BRENT M. ROSENTHAL
(*pro hac vice*)

SUBSCRIBED and SWORN to before me, on this 26th day of March, 2008.

Notary Public in and for the
State of TEXAS

CINDY K YARBROUGH
My Commission Expires
January 2, 2010

3

## Service List

Honorable David H. Coar
UNITED STATES DISTRICT COURT
Northern District of Illinois
219 South Dearborn St., Rm. 1478
Chicago, IL 60604
Phone: 312- 435-5648

Clausen Miller, Esq.
Colleen Brown, Esq.
John F. O'Brien III, Esq.
CLAUSEN MILLER, P.C.
10 South LaSalle Street
Chicago, IL 60603-1098
Phone: 312-855-1010

Michael S. Davis, Esq.
ZEICHNER ELLMAN & KRAUSE, LLP
575 Lexington Avenue
New York, NY 10022
Phone: 212-223-0400
Fax: 212-753-0396

James V. Hoeffner, Esq.
THOMPSON COE COUSINS
    & IRONS, LLP
701 Brazos, Suite 1500
Austin, TX 78701
Phone: 512-703-5070 (direct)
Fax: 512-708-8777

Guy N. Webster, Esq.
LYNBERG & WATKINS
888 S. Figueroa Street, 16th Floor
Los Angeles, CA 90017-2516
Phone: 213-624-8700
Fax: 213-892-2763

Marc Chalfen, Esq.
David Adduce, Esq.
James Stephenson, Esq.
KELLY, OLSON, MICHOD, DEHAAN
    & RICHTER, L.L.C.
30 S. Wacker Drive, #2300
Chicago, Illinois 60606
Phone: 312-236-6700