IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AMERICAN INTERNATIONAL GROUP, INC. | § § § | Civil Case No. 08-C-945 |
| Plaintiff/Appellee, | § § | Hon. David H. Coar |
| v. | § § | |
| BARON & BUDD and JOHN HENRY PACE, | § § § § | *[Transmitted on 2/14/08 from the United States Bankruptcy Court for the Northern District of Illinois, Case No. 07-A-00576]* |
| Defendants/Appellants | § | |

## NOTICE OF MOTION

To:   See attached Service List

PLEASE TAKE NOTICE that on the **2nd day of April, 2008**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge David H. Coar or any judge sitting in his stead, in courtroom 1419 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present **APPELLANTS' UNOPPOSED MOTION TO EXTEND TIME TO FILE INITIAL BRIEF AND FOR ENTRY OF AGREED SCHEDULING ORDER**, copies of which are attached hereto and served via Federal Express, Next Day Service, upon all known counsel of record, as indicated on the attached Service List.

Dated: March 26, 2008.

        Respectfully submitted,

        BRENT M. ROSENTHAL, Esq. *[pro hac vice]*
        Texas State Bar No. 17281075
        BARON & BUDD, P.C.
        The Centrum Building
        3102 Oak Lawn Avenue, Suite 1100
        Dallas, Texas 75219-4281
        Telephone No.: 214-521-3605
        Facsimile No.: 214/520-1181

        BY: _____
              BRENT M. ROSENTHAL
              *Lead Counsel for Defendants/Appellants*

        ~ *and* ~

        Marc Chalfen, Esq. (ARDC No. 00422584)
        David Adduce, Esq. (ARDC No. 6203603)
        James Stephenson, Esq. (ARDC No. 6287477)
        KELLY, OLSON, MICHOD, DEHAAN
          & RICHTER, L.L.C.
        30 S. Wacker Drive, #2300
        Chicago, Illinois 60606
        Telephone No.: 312-236-6700
        Facsimile No.: 312-236-6706
        *Local Counsel for Defendants/Appellants*

## CERTIFICATE OF SERVICE

The undersigned, after being duly sworn, deposes and says that, on the 26th day of March, 2008, he served the attached "**Appellants' Unopposed Motion to Extend Time to File Initial Brief and for Entry of Agreed Scheduling Order**" and this "**Notice of Motion**" via Federal Express, Next Day Service, to all known counsel of record, as indicated on the attached Service List,.

BRENT M. ROSENTHAL
(*pro hac vice*)

SUBSCRIBED and SWORN to before me, on this 26th day of March, 2008.

Notary Public in and for the
State of TEXAS

CINDY K YARBROUGH
My Commission Expires
January 2, 2010

## Service List

Honorable David H. Coar
UNITED STATES DISTRICT COURT
Northern District of Illinois
219 South Dearborn St., Rm. 1478
Chicago, IL 60604
Phone: 312- 435-5648

Clausen Miller, Esq.
Colleen Brown, Esq.
John F. O'Brien III, Esq.
CLAUSEN MILLER, P.C.
10 South LaSalle Street
Chicago, IL 60603-1098
Phone: 312-855-1010

Michael S. Davis, Esq.
ZEICHNER ELLMAN & KRAUSE, LLP
575 Lexington Avenue
New York, NY 10022
Phone: 212-223-0400
Fax: 212-753-0396

James V. Hoeffner, Esq.
THOMPSON COE COUSINS
   & IRONS, LLP
701 Brazos, Suite 1500
Austin, TX 78701
Phone: 512-703-5070 (direct)
Fax: 512-708-8777

Guy N. Webster, Esq.
LYNBERG & WATKINS
888 S. Figueroa Street, 16th Floor
Los Angeles, CA 90017-2516
Phone: 213-624-8700
Fax: 213-892-2763

Marc Chalfen, Esq.
David Adduce, Esq.
James Stephenson, Esq.
KELLY, OLSON, MICHOD, DEHAAN
   & RICHTER, L.L.C.
30 S. Wacker Drive, #2300
Chicago, Illinois 60606
Phone: 312-236-6700