IN THE UNITED STATES COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AMERICAN INTERNATIONAL GROUP, INC. | § § § | Civil Case No. 08 C 945 |
| Plaintiff/Appellee, | § § | Honorable David H. Coar |
| v. | § § | |
| BARON & BUDD and JOHN HENRY PACE, | § § § | *[Transmitted on 2/14/08 from the United States Bankruptcy Court for the Northern District of Illinois, Adv. No. 07 A 576]* |
| Defendants/Appellants. | § § | |

**APPELLEE'S DESIGNATION OF LOCAL COUNSEL**

COMES NOW Appellee American International Group, Inc., and, pursuant to Local Rule 83.15 of the Rules of the United States District Court for the Northern District of Illinois, hereby designates the following attorneys to serve as local counsel for Appellee in this bankruptcy appeal:

Colleen A. Brown (*Bar I.D. No. 6269463*)
Susan N.K. Gummow (*Bar I.D. No. 6258070*)
John F. O'Brien III (*Bar I.D. No. 6290370*)
CLAUSEN MILLER P.C.
10 South LaSalle Street
Chicago, Illinois 60603-1098
Telephone: 312/855-1010
Facsimile: 312/606-7777

1176512.1

Respectfully Submitted,

By: /s/ John F. O'Brien III
John F. O'Brien III

Colleen A. Brown (*Bar I.D. No. 6269463*)
Susan N.K. Gummow (*Bar I.D. No. 6258070*)
John F. O'Brien III (*Bar I.D. No. 6290370*)
CLAUSEN MILLER P.C.
10 South LaSalle Street
Chicago, Illinois 60603-1098
Telephone: 312/855-1010
Facsimile: 312/606-7777

~ and ~

Michael S. Davis (*Bar I.D. No. 1226851*)
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400 (telephone)
(212) 753-0396 (fax)

***Counsel for Plaintiff/Appellee American International Group, Inc.***

1176512.1