IN THE UNITED STATES COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AMERICAN INTERNATIONAL GROUP, INC. | § § § | Civil Case No. 08 C 945 |
| Plaintiff/Appellee, | § § | Honorable David H. Coar |
| v. | § § | |
| BARON & BUDD and JOHN HENRY PACE, | § § § | [*Transmitted on 2/14/08 from the United States Bankruptcy Court for the Northern District of Illinois, Adv. No. 07 A 576*] |
| Defendants/Appellants. | § § | |

## NOTICE OF FILING

To: See attached Service List

PLEASE TAKE NOTICE that on the **31st day of March, 2008**, we filed with the United States District Court for the Northern District of Illinois, at 219 South Dearborn Street, Chicago, Illinois, the following document via **Electronic Case Filing**:

**Appellee's Designation of Local Counsel**

Dated: March 31, 2008

1176513.1

Respectfully Submitted,

By: /s/ John F. O'Brien III
John F. O'Brien III

Colleen A. Brown (*Bar I.D. No. 6269463*)
Susan N.K. Gummow (*Bar I.D. No. 6258070*)
John F. O'Brien III (*Bar I.D. No. 6290370*)
CLAUSEN MILLER P.C.
10 South LaSalle Street
Chicago, Illinois 60603-1098
Telephone: 312/855-1010
Facsimile: 312/606-7777

~ and ~

Michael S. Davis (*pro hac vice pending*)
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400 (telephone)
(212) 753-0396 (fax)

*Counsel for Plaintiff/Appellee American International Group, Inc.*

1176513.1

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that, on March 31, 2008, he caused a true and correct copy of the attached *Appellee's Designation of Local Counsel* and *Notice of Filing* to be electronically filed with the Clerk of the Court using the CM/ECF system, and to be served to all known counsel of record, as indicated on the attached Service List.

/s/ John F. O'Brien III
_____
John F. O'Brien III

SUBSCRIBED and SWORN to before me this 31 day of March, 2008.

_____
Notary Public

"OFFICIAL SEAL"
KATHLEEN A. MURRAY
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 03/02/11

1176513.1

## SERVICE LIST

Honorable David H. Coar
UNITED STATES DISTRICT COURT
Northern District of Illinois
219 South Dearborn St., Rm. 1478
Chicago, IL 60604
Telephone: (312) 435-5468


Brent N. Rosenthal, Esq.
BARON & BUDD, P.C.
The Centrum, Suite 1100
3102 Oak Lawn Avenue
Dallas, Texas 75247
Telephone: (214) 521-3605
Facsimile: (214) 599-1171
*Counsel for John Henry Pace and Baron & Budd, P.C.*


Marc Chalfen, Esq.
KELLY, OLSON, MICHOD, DEHAAN & RICHTER, LLC
30 S. Wacker Drive, Suite 2300
Chicago, Illinois 60606
(312) 236-6700
(312) 236-6706 (fax)
*Counsel for John Henry Pace and Baron & Budd, P.C.*

James V. Hoeffner, Esq.
THOMPSON COE COUSINS & IRONS, LLP
701 Brazos, Suite 1500
Austin, TX 78701
Telephone : (512) 703-5070
Facsimile: (512) 708-8777
*Counsel for Plaintiff/Appellee American International Group, Inc.*


Guy N. Webster, Esq.
LYNBERG & WATKINS
888 S. Figueroa Street, 16th Floor
Los Angeles, CA 90017-2516
Telephone: (213) 624-8700
Facsimile (213) 892-2763
*Counsel for Plaintiff/Appellee American International Group, Inc.*

1176513.1