UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

John Henry Pace
                           Plaintiff,

v.                                                  Case No.: 1:08–cv–00945
                                                     Honorable David H. Coar

American International Group Inc
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 1, 2008:

      MINUTE entry before Judge Honorable David H. Coar:Motion for extension of time to file [14] is moot. Appellants' unopposed Motion to extend time to file initial brief and for entry of agreed scheduling order [15] is granted. Appellant initial brief due and shall be filed by 5/7/2008., Appellees' answer brief reply brief due and shall be filed by 5/12/2008., Appellants' reply brief due and shall be filed by 5/27/2008. Parties need not appear on the noticed motion date of 4/2/2008.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.