IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., <br><br> Plaintiff/Appellee, <br><br> - against - <br><br> BARON & BUDD, P.C. and JOHN HENRY PACE, <br><br> Defendants/Appellants. | Civil Case No. 08-C-945 <br><br> Hon. David H. Coar |

## AIG INTERNATIONAL GROUP, INC.'S UNCONTESTED MOTION FOR AN EXTENSION OF TIME

Appellee, American International Group, Inc. ("AIG") by the undersigned counsel, request a three week extension from the current deadline of May 12, 2008 to file its response brief. This request is made due to a family emergency of lead counsel for AIG. Appellants do not contest this request for an extension.

WHEREFORE, AIG requests that it have until June 2, 2008 to file its response brief.

Respectfully submitted,

Dated: May 5, 2008

CLAUSEN MILLER, P.C.

By:  /s/ Colleen A. Brown

Margaret J. Orbon (*Bar I.D. No. 2114925*)
Colleen A. Brown (*Bar I.D. No. 6269463*)
John F. O'Brien III (*Bar I.D. No. 6290370*)
CLAUSEN MILLER P.C.
10 South LaSalle Street
Chicago, Illinois 60603-1098
312/855-1010

- and -

Michael S. Davis (*Bar I.D. No. 1226851*)

1182647.1

ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400 (telephone)
(212) 753-0396 (fax)

1182647.1