IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., <br><br> Plaintiff/Appellee, <br><br> - against - <br><br> BARON & BUDD, P.C. and JOHN HENRY PACE, <br><br> Defendants/Appellants. | Civil Case No. 08-C-945 <br><br> Hon. David H. Coar |

### AIG INTERNATIONAL GROUP, INC.'S NOTICE OF PRESENTMENT OF UNCONTESTED MOTION FOR EXTENSION OF TIME

Appellee American International Group, Inc. ("AIG") by the undersigned counsel, pursuant to Local Rule 5.3(b) state that on **May 8, 2008** at **9:00 a.m.**, counsel for AIG will present its Uncontested Motion for Extension of Time to the Honorable David H. Coar in **Courtroom 1419**.

Respectfully submitted,

Dated: May 5, 2008

CLAUSEN MILLER, P.C.

By:  /s/ Colleen A. Brown

Margaret J. Orbon (*Bar I.D. No. 2114925*)
Colleen A. Brown (*Bar I.D. No. 6269463*)
John F. O'Brien III (*Bar I.D. No. 6290370*)
CLAUSEN MILLER P.C.
10 South LaSalle Street
Chicago, Illinois 60603-1098
312/855-1010

- and -

Michael S. Davis (*Bar I.D. No. 1226851*)
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue

1182656.1

New York, New York 10022
(212) 223-0400 (telephone)
(212) 753-0396 (fax)

1182656.1