**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., | |
| Plaintiff/Appellee, | Civil Case No. 08-C-945 |
| - against - | |
| BARON & BUDD, P.C. and JOHN HENRY PACE, | Hon. David H. Coar |
| Defendants/Appellants. | |

NOTICE OF FILING

To:    **See Attached Service List**

      PLEASE TAKE NOTICE that on the **5th day of May, 2008,** we filed with the United States Bankruptcy Court for the Northern District of Illinois, at 219 South Dearborn Street, Chicago, Illinois, the following documents by **Electronic Case Filing**:

          AIG International Group, Inc.'s Uncontested Motion for an Extension of Time.

Dated:  May 5, 2008

                    CLAUSEN MILLER, P.C.

By:  /s/ Colleen A. Brown

      Margaret J. Orbon (*Bar I.D. No. 2114925*)
      Colleen A. Brown (*Bar I.D. No. 6269463*)
      John F. O'Brien III (*Bar I.D. No. 6290370*)
      CLAUSEN MILLER P.C.
      10 South LaSalle Street
      Chicago, Illinois 60603-1098
      312/855-1010

      - and -

      Michael S. Davis (*Bar I.D. No. 1226851*)
      ZEICHNER ELLMAN & KRAUSE LLP
      575 Lexington Avenue
      New York, New York 10022
      (212) 223-0400 (telephone)
      (212) 753-0396 (fax)

1182652.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he caused a true and correct copy of this *AIG International Group, Inc.'s Request for an Extension of Time*, to be electronically filed with the Clerk of the Court using the CM/ECF system, and the following counsel of record were served electronically and/or via facsimile, with the same on May 5, 2008:


Sean R. Cox, Esq.
Alan B. Rich, Esq.
**Baron & Budd, P.C.**
The Centrum, Suite 1100
3102 Oak Lawn Avenue
Dallas, Texas 75247
(214) 521-3605
(214) 599-1171 (fax)
**Counsel for John Henry Pace and Baron & Budd, P.C.**

Marc Chalfen, Esq.
**Kelly, Olson, Michod, Dehaan & Richter, LLC**
30 S. Wacker Drive, Suite 2300
Chicago, Illinois 60606
(312) 236-6700
(312) 236-6706 (fax)
**Counsel for John Henry Pace and Baron & Budd, P.C.**

James V. Hoeffner
**Thompson Coe Cousins & Irons, LLP**
701 Brazos, Suite 1500
Austin, TX 78701
512.703-5070 (direct)
512.708-8777 (fax)
**Counsel for American International Group, Inc.**

Guy N. Webster
**Lynberg & Watkins**
888 S. Figueroa Street, 16th Floor
Los Angeles, CA 90017-2516
213. 624-8700 (telephone)
213. 892-2763 (fax)
**Counsel for American International Group, Inc.**


/s/ Colleen A. Brown

2

1182652.1