UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

John Henry Pace
                        Plaintiff,

v.                                                Case No.: 1:08−cv−00945
                                                     Honorable David H. Coar

American International Group Inc
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 8, 2008:

      MINUTE entry before Judge Honorable David H. Coar:Appellant fails to appear. Motion hearing held. MOTION by Appellee American International Group Inc for extension of time *Uncontested Motion for Extension of Time*[25] extension of time[25] to file response is granted. Response is due by 6/2/2008. Reply is due by 6/16/2008. Mailed notice(jms, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.