IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., | § § § | Civil Case No. 08-C-945 |
| Appellee, | § § | |
| ~ against ~ | § § | Hon. David H. Coar |
| BARON & BUDD, P.C. and JOHN HENRY PACE, | § § § § | |
| Appellants. | § § § | |

On appeal from the United States Bankruptcy Court
for the Northern District of Illinois, Eastern Division
Case No. 02B 21522
Adversary Proceeding No. 06-1329

---

## MOTION FOR LEAVE TO FILE SUR-REPLY

---

Michael S. Davis *(Bar I.D. No. 1226851)*
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400 (telephone)
(212) 753-0396 (fax)
*Lead Counsel for Appellee*

Margaret J. Orbon *(Bar I.D. No. 2114925)*
Colleen Brown *(Bar I.D. No. 6269463)*
John F. O'Brien III *(Bar I.D. No. 6290370)*
CLAUSEN MILLER P.C.
10 South LaSalle Street
Chicago, Illinois 60603-1098
(312) 855-1010 (telephone)
(312) 606-7777 (fax)
*Local Counsel for Appellee*

*(Additional Counsel listed on following page)*

James V. Hoeffner *(Bar I.D. No. 09772700)*
THOMPSON COE COUSINS & IRONS, LLP
701 Brazos, Suite 1500
Austin, Texas 78701
(512) 703-5070 (direct)
(512) 708-8777 (fax)
(Admitted to the U.S.D.C. for the N. Dist. of Ill.)

Guy N. Webster *(Bar I.D. No. 140427)*
LYNBERG & WATKINS
888 S. Figueroa Street, 16th Floor
Los Angeles, California 90017-2516
(213) 624-8700 (telephone)
(213) 892-2763 (fax)
(Admitted to the U.S.D.C. for the N. Dist. of Ill.)

Appellee American International Group, Inc. ("AIG, Inc.") by the undersigned counsel, hereby moves for leave to file the attached sur-reply in support of AIG, Inc.'s appellate brief. In support of its motion, AIG, Inc. states as follows:

1. On April 7, 2008, Appellants John Henry Pace and Baron & Budd, P.C. filed their original brief in support of their appeal of this Court's channeling injunction. Appellants' original brief did not mention or discuss 11 U.S.C. § 524(g) – the statute pursuant to which the channeling injunction being appealed was issued.

2. On June 2, 2008, AIG, Inc. filed its appellate brief. In its brief, AIG, Inc. raised Appellants' tactical decision to withhold their § 524(g) arguments until reply. AIG, Inc. asked the Court to follow well-settled law and strike any 524(g) arguments raised for the first time on reply, or, in the alternative, permit AIG, Inc. to address any such arguments by sur-reply.

3. On June 13, 2008, Appellants filed their reply brief. As anticipated, Appellants' reply brief included a 524(g) argument.

4. AIG, Inc. has a right to respond to Appellants' reply argument regarding 11 U.S.C. § 524(g), and has done so in the sur-reply attached as Exhibit A to this motion.

WHEREFORE, AIG respectfully requests that this Honorable Court grant AIG leave to file its sur-reply in support of AIG's appellate brief.

Respectfully submitted,

/s/ Colleen A. Brown
Colleen A. Brown
Clausen Miller P.C.

Michael S. Davis *(Bar I.D. No. 1226851)*
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400 (telephone)
(212) 753-0396 (fax)

Margaret J. Orbon *(Bar I.D. No. 2114925)*
Colleen Brown *(Bar I.D. No. 6269463)*
John F. O'Brien III *(Bar I.D. No. 6290370)*
CLAUSEN MILLER P.C.
10 South LaSalle Street
Chicago, Illinois 60603-1098
(312) 855-1010 (telephone)
(312) 606-7777 (fax)

| | |
|---|---|
| James V. Hoeffner *(Bar I.D. No. 09772700)* | Guy N. Webster *(Bar I.D. No. 140427)* |
| THOMPSON COE COUSINS & IRONS, LLP | LYNBERG & WATKINS |
| 701 Brazos, Suite 1500 | 888 S. Figueroa Street, 16th Floor |
| Austin, Texas 78701 | Los Angeles, California 90017-2516 |
| (512) 703-5070 (direct telephone) | (213) 624-8700 (telephone) |
| (512) 708-8777 (fax) | (213) 892-2763 (fax) |
| (Admitted to U.S.D.C. for the N. Dist. of Ill.) | (Admitted to U.S.D.C. for the N. Dist. of Ill.) |

ATTORNEYS FOR AMERICAN INTERNATIONAL GROUP, INC.