IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., <br><br> Plaintiff/Appellee, <br><br> - against - <br><br> BARON & BUDD, P.C. and JOHN HENRY PACE, <br><br> Defendants/Appellants. | Civil Case No. 08-C-945 <br><br> Hon. David H. Coar |

## AIG INTERNATIONAL GROUP, INC.'S NOTICE OF PRESENTMENT OF ITS MOTION FOR LEAVE TO FILE A SUR-REPLY IN SUPPORT OF ITS APPELLATE BRIEF

Appellee American International Group, Inc. ("AIG") by the undersigned counsel, pursuant to Local Rule 5.3(b) state that on Monday, June 30, 2008, counsel for AIG will present its Motion for Leave to File a Sur-Reply in Support of its Appellate Brief to the Honorable David H. Coar in **Courtroom 1419**.

Respectfully submitted,

Dated: June 24, 2008

CLAUSEN MILLER, P.C.

By:   /s/ Colleen A. Brown

Margaret J. Orbon (*Bar I.D. No. 2114925*)
Colleen A. Brown (*Bar I.D. No. 6269463*)
John F. O'Brien III (*Bar I.D. No. 6290370*)
CLAUSEN MILLER P.C.
10 South LaSalle Street
Chicago, Illinois 60603-1098
312/855-1010

- and -

Michael S. Davis (*Bar I.D. No. 1226851*)
ZEICHNER ELLMAN & KRAUSE LLP

1182656.1

575 Lexington Avenue
New York, New York 10022
(212) 223-0400 (telephone)
(212) 753-0396 (fax)

1182656.1