IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., <br><br> Plaintiff/Appellee, <br><br> - against - <br><br> BARON & BUDD, P.C. and JOHN HENRY PACE, <br><br> Defendants/Appellants. | Civil Case No. 08-C-945 <br><br> Hon. David H. Coar |

NOTICE OF FILING

To:   See Attached Service List

PLEASE TAKE NOTICE that on the **24th day of June, 2008,** we filed with the United States Bankruptcy Court for the Northern District of Illinois, at 219 South Dearborn Street, Chicago, Illinois, the following documents by **Electronic Case Filing**:

> AIG International Group, Inc.'s Motion for Leave to File a Sur-Reply in Support of Its Appellate Brief.

Dated: June 24, 2008

                                         CLAUSEN MILLER, P.C.

                       By:   /s/ Colleen A. Brown

                                  Margaret J. Orbon (*Bar I.D. No. 2114925*)
                                  Colleen A. Brown (*Bar I.D. No. 6269463*)
                                  John F. O'Brien III (*Bar I.D. No. 6290370*)
                                  CLAUSEN MILLER P.C.
                                  10 South LaSalle Street
                                  Chicago, Illinois 60603-1098
                                  312/855-1010

                                  - and -

                                  Michael S. Davis (*Bar I.D. No. 1226851*)
                                  ZEICHNER ELLMAN & KRAUSE LLP
                                  575 Lexington Avenue
                                  New York, New York 10022
                                  (212) 223-0400 (telephone)
                                  (212) 753-0396 (fax)

1191304.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he caused a true and correct copy of this *AIG International Group, Inc.'s Request for an Extension of Time*, to be electronically filed with the Clerk of the Court using the CM/ECF system, and the following counsel of record were served electronically and/or via facsimile, with the same on June 24, 2008:

Sean R. Cox, Esq.
Alan B. Rich, Esq.
**Baron & Budd, P.C.**
The Centrum, Suite 1100
3102 Oak Lawn Avenue
Dallas, Texas 75247
(214) 521-3605
(214) 599-1171 (fax)
**Counsel for John Henry Pace and Baron & Budd, P.C.**

Marc Chalfen, Esq.
**Kelly, Olson, Michod, Dehaan & Richter, LLC**
30 S. Wacker Drive, Suite 2300
Chicago, Illinois 60606
(312) 236-6700
(312) 236-6706 (fax)
**Counsel for John Henry Pace and Baron & Budd, P.C.**

James V. Hoeffner
**Thompson Coe Cousins & Irons, LLP**
701 Brazos, Suite 1500
Austin, TX 78701
512.703-5070 (direct)
512.708-8777 (fax)
**Counsel for American International Group, Inc.**

Guy N. Webster
**Lynberg & Watkins**
888 S. Figueroa Street, 16th Floor
Los Angeles, CA 90017-2516
213. 624-8700 (telephone)
213. 892-2763 (fax)
**Counsel for American International Group, Inc.**

/s/ Colleen A. Brown

1191304.1