IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AMERICAN INTERNATIONAL GROUP, INC. | § § § § | Civil Case No. 08-C-945 |
| Plaintiff/Appellee, | § § | Hon. David H. Coar |
| v. | § § | |
| BARON & BUDD and JOHN HENRY PACE, | § § § | [*Transmitted on 2/14/08 from the United States Bankruptcy Court for the Northern District of Illinois, Case No. 07-A-00576*] |
| Defendants/Appellants | § | |

# NOTICE OF FILING

To: See attached Service List.

PLEASE TAKE NOTICE that on the **26th day of June, 2008**, we filed with the United States District Court for the Northern District of Illinois, at 219 South Dearborn Street, Chicago, Illinois, the following document via Federal Express-Next Day courier:

**APPELLANTS' RESPONSE TO
MOTION FOR LEAVE TO FILE SUR-REPLY**

1

Dated: June 26, 2008.

                Respectfully submitted,

                BRENT M. ROSENTHAL, Esq. *[pro hac vice]*
                Texas State Bar No. 17281075
                BARON & BUDD, P.C.
                The Centrum Building
                3102 Oak Lawn Avenue, Suite 1100
                Dallas, Texas 75219-4281
                Telephone No.: 214-521-3605
                Facsimile No.: 214/520-1181

BY: _____
                BRENT M. ROSENTHAL
                *Lead Counsel for Defendants/Appellants*

~ and ~

                Marc Chalfen, Esq. (ARDC No. 00422584)
                David Adduce, Esq. (ARDC No. 6203603)
                James Stephenson, Esq. (ARDC No. 6287477)
                KELLY, OLSON, MICHOD, DEHAAN
                  & RICHTER, L.L.C.
                30 S. Wacker Drive, #2300
                Chicago, Illinois 60606
                Telephone No.: 312-236-6700
                Facsimile No.: 312-236-6706
                *Local Counsel for Defendants/Appellants*

## CERTIFICATE OF SERVICE

The undersigned, after being duly sworn, deposes and says that, on the 26th day of June, 2008, he served the attached "**Appellants' Response to Motion for Leave to File Sur-Reply**" and this "**Notice of Filing**" via Federal Express, Next Day Service, to all known counsel of record, as indicated on the attached Service List.

BRENT M. ROSENTHAL
(*pro hac vice*)

## SERVICE LIST

Honorable David H. Coar
UNITED STATES DISTRICT COURT
Northern District of Illinois - Eastern District
Courtroom 1419, Chambers 1478
219 South Dearborn St.
Chicago, IL 60604
Phone: 312/435-5648

Honorable Pamela S. Hollis
UNITED STATES BANKRUPTCY COURT
Northern District of Illinois
219 South Dearborn St., Rm. 648
Chicago, IL 60604
Phone: 312-435-5587

Michael S. Davis, Esq.
ZEICHNER ELLMAN & KRAUSE, LLP
575 Lexington Avenue
New York, NY 10022
Phone: 212-223-0400; Fax: 212-753-0396
-*Counsel for Plaintiff-Appellee*

Clausen Miller, Esq.
Colleen Brown, Esq.
John F. O'Brien III, Esq.
CLAUSEN MILLER, P.C.
10 South LaSalle Street
Chicago, IL 60603-1098
Phone: 312-855-1010
-*Counsel for Plaintiff-Appellee*

ORIGINAL

FILED
6-27-2008
JUN 27 2008 ae
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AMERICAN INTERNATIONAL GROUP, INC. | § § § | Civil Case No. 08-C-945 |
| Plaintiff/Appellee, | § § | Hon. David H. Coar |
| ~ against ~ | § § § | |
| BARON & BUDD and JOHN HENRY PACE, | § § § § | [*Transmitted on 2/14/08 from the United States Bankruptcy Court for the Northern District of Illinois, Case No. 07-A-00576*] |
| Defendants/Appellants | § | |

# APPELLANTS' RESPONSE TO MOTION FOR LEAVE TO FILE SUR-REPLY

BRENT M. ROSENTHAL, Esq. [*pro hac vice*]
Texas State Bar No. 17281075
BARON & BUDD, P.C.
The Centrum Building
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219-4281
Telephone No.: 214-521-3605
Facsimile No.: 214/520-1181

Marc Chalfen, Esq. [*Local Counsel*]
KELLY, OLSON, MICHOD, DEHAAN
 & RICHTER, L.L.C.
30 S. Wacker Drive, #2300
Chicago, Ill. 60606
Telephone No.: 312-236-6700
Facsimile No.: 312-236-6706

*Counsel for Appellants*

June 26, 2008

# APPELLANTS' RESPONSE TO
# MOTION FOR LEAVE TO FILE SUR-REPLY

Appellee AIG has filed a motion to file a surreply in this bankruptcy appeal. Appellants John Henry Pace and Baron & Budd have already noted that they have no objection to the filing of a surreply by AIG, see Reply Brief of Appellants at 2 n.3, though for whatever reason AIG did not mention this fact in its motion. Appellants file this response only to contest AIG's continuing insistence that Appellants did not discuss 11 U.S.C. § 524(g) as part of a "tactical decision" to "deliberately" disadvantage AIG's ability to present its argument. AIG's attempt at omniscience notwithstanding, its accusation of improper manipulation is undermined by Appellants' pro-active consent to the filing of a surreply by AIG. Although AIG argues that an analysis of the scope of section 524(g) is indispensable to a resolution of this appeal–that must be why it insists that the omission of a discussion of the statute from Appellants' initial brief was deliberate–Appellants have a different view: the scope of section 524(g) is relevant only in deciding how the channeling order and release should be interpreted. The parties' differing perspectives are further reflected in their descriptions of this proceeding. AIG characterizes this case as an "appeal of this Court's channeling injunction" (Motion for Leave To File Surreply at 1), while Appellants would describe this as an appeal of a specific injunction prohibiting continued prosecution of the Texas state court case. That the parties emphasize different controlling provisions of the law is no basis for a claim of gamesmanship.

As stated, Appellants do not object to the filing of AIG's surreply brief.

1

Dated: June 26, 2008.

>Respectfully submitted,
>
>BARON & BUDD, P.C.
>The Centrum Building
>3102 Oak Lawn Avenue, Suite 1100
>Dallas, Texas 75219-4281
>214/521-3605; Fax: 214/520-1181
>
>BY: _____
>BRENT M. ROSENTHAL (*pro hac vice*)
>Texas State Bar No. 17281075
>
>~ and ~
>
>Marc Chalfen, Esq. [*Local Counsel*]
>David Adduce, Esq.
>James Stephenson, Esq.
>KELLY, OLSON, MICHOD, DEHAAN
>    & RICHTER, L.L.C.
>30 S. Wacker Drive, #2300
>Chicago, Ill. 60606
>Telephone No.: 312-236-6700
>Facsimile No.: 312-236-6706
>
>*Attorneys for Defendants/Appellants*